# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

June 24, 2021

IT IS HEREBY ORDERED THAT the government shall submit a response to Defendant's letter by July 6, 2021.

SO ORDERED: _____
Dated: 6/28/2021   RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation

Honorable Richard J. Sullivan
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

Re **United States v. Sabina Rafikova**
**11 CR 00007 (RJS)**

Dear Judge Sullivan:

    I write on behalf of my former client, Sabina Rafikova. Ms. Rafikova was sentenced before Your Honor on May 3, 2013. She received a sentence of time served and was ordered to pay restitution. The judgement of restitution was satisfied and a satisfaction of judgment was entered on September 11, 2019. She is currently involved in proceedings with the immigration authorities and attempting to get status in the United States. They require a copy of the sentencing minutes for their review. The sentencing minutes are sealed. While I have no specific recollection of the proceeding, I do recall she was assisting the government and that is likely the reason the minutes were sealed.

    Therefore, on her behalf I request that the court order that the minutes of that proceeding be unsealed for the purposes stated above. As the case has been over for 8 years it would seem that the need for the minutes to remain sealed no longer exists.

Respectfully,

/S/ Lee Ginsberg
Lee Ginsberg

cc: Joseph Facciponti, AUSA