UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

SABINA RAFIKOVA,

Defendant.

No. 11-cr-007 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Defendant Sabina Rafikova requests that the minutes of her May 3, 2013 sentencing be unsealed. (Doc. No. 46.) The government does not oppose Rafikova's request. (Doc. No. 49.) In light of the presumption in favor of open records and because there are no countervailing interests, *see United States v. Amodeo*, 71 F.3d 1044, 1051–53 (2d Cir. 1995), IT IS HEREBY ORDERED THAT the minutes of Defendant's sentencing shall be unsealed.

SO ORDERED.

Dated:     July 8, 2021
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation